IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : 3:17-CR-05 |
| | : (JUDGE MARIANI) |
| MARQUESE WHITTED, | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS 15TH DAY OF MARCH, 2022,** for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** 945.5 grams of methamphetamine are properly attributed to Defendant Marquese Whitted for purposes of sentencing.

Robert D. Mariani
United States District Judge